**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 17-16585 |
| Angela M. Arehart | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| JPMorgan Chase Bank, N.A. | : | Date and Time of Hearing |
| Movant, | : | February 12, 2019 at 11:00 a.m. |
| vs | : | |
| | : | Place of Hearing |
| Angela M. Arehart | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #4 |
| William C. Miller | : | Philadelphia, PA, 19107 |
| Respondents. | : | |
| | | Related Document # 61 |

## ORDER OF COURT

AND NOW, to wit, this  11th   day of  March                     , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

4

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

Daniel P. Mudrick, Attorney for Debtor, One West First Avenue, Suite 101, Conshohocken, PA  19428-6800 (notified by ecf)

Angela M. ArehartDebtor, 116 Evansburg Road, Collegeville, PA  19426-3104 (notified by regular US Mail)