United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16585-amc
Angela M. Arehart                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Mar 11, 2019
                              Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.
```
db              Angela M. Arehart,    116 Evansburg Road,    Collegeville, PA  19426-3104
cr             +Nationstar Mortgage LLC et al....,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
cr             +The Bank of New York Mellon,    Robertson, Anschutz & Schneid, P.L,,    6409 Congress Ave.,,
                 Suite 100,   Boca Raton, FL 33487-2853
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd,
                 Winterville, NC 28590-8872
14047893        JPMorgan Chase Bank N.A.,    c/o Karina Velter, Esq.,    Manley Deas Kochalski LLC,
                 PO Box 165028,   Columbus, OH 43216-5028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:56     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2019 02:51:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2019 02:51:48      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14044148        E-mail/Text: bk.notifications@jpmchase.com Mar 12 2019 02:51:28      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2019 at the address(es) listed below:
```
              ALEXANDRA T. GARCIA    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com
              DANIEL P. MUDRICK    on behalf of Debtor Angela M. Arehart dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 12
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.:** 17-16585 |
| **Angela M. Arehart** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **February 12, 2019 at 11:00 a.m.** |
| vs | : | |
| | : | **Place of Hearing** |
| **Angela M. Arehart** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #4** |
| **William C. Miller** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |
| | | **Related Document #  61** |

**ORDER OF COURT**

AND NOW, to wit, this  11th   day of  March                , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.    The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.    Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

4

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

Daniel P. Mudrick, Attorney for Debtor, One West First Avenue, Suite 101, Conshohocken, PA  19428-6800 (notified by ecf)

Angela M. ArehartDebtor, 116 Evansburg Road, Collegeville, PA  19426-3104 (notified by regular US Mail)