United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angela M. Arehart  
    Debtor

Case No. 17-16585-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Apr 12, 2019  
                      Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14069804       +E-mail/Text: bankruptcy@loanpacific.com Apr 13 2019 03:04:07     Pacific Union Financial, LLC,  
         1603 LBJ Freeway, Suite 500,   Dallas, TX 75234-6071  
                                                                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2019 at the address(es) listed below:  
       ALEXANDRA T. GARCIA   on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com,  
        ecfmail@ecf.courtdrive.com  
       CELINE P. DERKRIKORIAN    on behalf of Creditor   Pacific Union Financial, LLC ecfmail@mwc-law.com  
       DANIEL P. MUDRICK   on behalf of Debtor Angela M. Arehart dpmudrick@verizon.net,  
        G30229@notify.cincompass.com  
       FRANCIS THOMAS TARLECKI   on behalf of Creditor   Pacific Union Financial, LLC  
        ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com  
       JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,  
        ecfemails@ph13trustee.com  
       JOSEPH JASPER SWARTZ   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,  
        RA-occbankruptcy6@state.pa.us  
       KARINA VELTER   on behalf of Creditor   JPMorgan Chase Bank, N.A. amps@manleydeas.com  
       KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC et al.... pa-bk@logs.com  
       RAYMOND M. KEMPINSKI   on behalf of Creditor   Pacific Union Financial, LLC raykemp1006@gmail.com,  
        raykemp1006@gmail.com  
       REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
        bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
       WILLIAM EDWARD CRAIG   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  
        Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                             TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-16585-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Angela M. Arehart
116 Evansburg Road
Collegeville PA 19426-3104

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/07/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/14/19

Tim McGrath
**CLERK OF THE COURT**