IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ANGELA M. AREHART, | : | |
| | : | DOCKET NO.: 17-16585-AMC |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : | OBJECTION TO AMENDED PLAN |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| ANGELA M. AREHART, | : | |
| | : | RELATED TO DOCKET NO.: 78 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE
PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION
TO DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN

     I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Second Amended Chapter 13 Plan, on the parties at the below addresses, on April 23, 2019, by:

**17-16585-AMC Notice will be electronically mailed to:**

William Edward Craig at ecfmail@mortoncraig.com, mhazlett@mortoncraig.com, mortoncraigecf@gmail.com

Celine P. Derkrikorian at ecfmail@mwc-law.com

Kevin S. Frankel at pa-bk@logs.com

Alexandra T. Garcia at ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Raymond M. Kempinski at raykemp1006@gmail.com

Jack K. Miller at philaecf@gmail.com, ecfmails@ph13trustee.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Daniel P. Mudrick at dpmudrick@verizon.net, G30229@notify.cincompass.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

Francis Thomas Tarlecki at ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Office of the United States Trustee at ustpregion03.PH.ECF@usdoj.gov

Karina Velter at amps@manleydeas.com

**17-16585-AMC Notice will not be electronically mailed to:**

The Bank of New York Mellon
Robertson, Anschutz & Schneid, P.L.
Suite 100
6409 Congress Avenue
Boca Raton, FL  33487


EXECUTED ON:  April 24, 2019

                          Respectfully submitted by,

By:    /s/ Joseph J. Swartz
         Counsel
         PA Department of Revenue
         Office of Chief Counsel
         P.O. Box 281061
         Harrisburg, PA 17128-1061
         PA Attorney I.D.:  309233
         Phone: (717) 346-4645
         Facsimile: (717) 772-1459
         JoseSwartz@pa.gov