# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-16585** |
| **Angela M. Arehart** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | _____ |
| **Movant,** : | |
| **vs** : | **Place of Hearing** |
| : | **U.S. Bankruptcy Court** |
| **Angela M. Arehart** : | **900 Market Street, Courtroom #4** |
| **Adam C Arehart** : | **Philadelphia, PA, 19107** |
| : | |
| **William C. Miller** | **Related Document #** |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    ―――――――――――――――――――
    Karina Velter, Esquire (94781)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    Contact email is amps@manleydeas.com

20-008264_AIA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 17-16585** |
| **Angela M. Arehart** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | _____ |
| **Movant,** | : | |
| | : | **Place of Hearing** |
| vs | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #4** |
| **Angela M. Arehart** | : | **Philadelphia, PA, 19107** |
| **Adam C Arehart** | : | |
| | : | **Related Document #** |
| **William C. Miller** | | |
| **Respondents.** | | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, ecfemails@ph13trustee.com

Daniel P. Mudrick, Attorney for Angela M. Arehart, dpmudrick@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Angela M. Arehart, 116 Evansburg Road, Collegeville, PA  19426-3104

Adam C Arehart, 3441 Ridge Pike, Collegeville, PA  19426

/s/ Karina Velter
_____

20-008264_AIA