**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-16585** |
| **Angela M. Arehart** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **May 12, 2020 at 11:00 a.m.** |
| **Movant,** : | |
| **vs** : | **Place of Hearing** |
| : | **U.S. Bankruptcy Court** |
| **Angela M. Arehart** : | **900 Market Street, Courtroom #4** |
| **Adam C Arehart** : | **Philadelphia, PA, 19107** |
| : | |
| **William C. Miller** | **Related Document # 95** |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: May 19, 2020**

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

Daniel P. Mudrick, Attorney for Debtor and/or Co-Debtor, Mudrick & Zucker, PC, 325 Sentry Parkway East, Building 5 West - Suite 320, Blue Bell, PA  19422 (notified by ecf)

Angela M. Arehart and Adam C Arehart, Debtor and/or Co-Debtor, 116 Evansburg Road, Collegeville, PA  19426-3104 (notified by regular US Mail)