```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 17-16585-amc
Angela M. Arehart                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: May 19, 2020
                              Form ID: pdf900          Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db             Angela M. Arehart,    116 Evansburg Road,   Collegeville, PA  19426-3104
               Adam C. Arehart,      116 Evansburg Road,   Collegeville, PA  19426-3104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Pacific Union Financial, LLC ecfmail@mwc-law.com
              DANIEL P. MUDRICK    on behalf of Debtor Angela M. Arehart dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    Pacific Union Financial, LLC
               ecfmail@ecf.courtdrive.com,  ecfmail@mwc-law.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               amps@manleydeas.com
              KARINA  VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC et al.... pa-bk@logs.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Pacific Union Financial, LLC raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-16585** |
| **Angela M. Arehart** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | **Date and Time of Hearing** |
| **Fargo Auto** : | **May 12, 2020 at 11:00 a.m.** |
| **Movant,** : | |
| **vs** : | **Place of Hearing** |
| : | **U.S. Bankruptcy Court** |
| **Angela M. Arehart** : | **900 Market Street, Courtroom #4** |
| **Adam C Arehart** : | **Philadelphia, PA, 19107** |
| : | |
| **William C. Miller** | **Related Document # 95** |
| **Respondents.** | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2020, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

**Date: May 19, 2020**

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105 (notified by ecf)

Daniel P. Mudrick, Attorney for Debtor and/or Co-Debtor, Mudrick & Zucker, PC, 325 Sentry Parkway East, Building 5 West - Suite 320, Blue Bell, PA 19422 (notified by ecf)

Angela M. Arehart and Adam C Arehart, Debtor and/or Co-Debtor, 116 Evansburg Road, Collegeville, PA 19426-3104 (notified by regular US Mail)