# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 17-16585-AMC

ANGELA M AREHART

116 EVANSBURG ROAD

COLLEGEVILLE, PA 19426-3104

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANGELA M AREHART

116 EVANSBURG ROAD

COLLEGEVILLE, PA 19426-3104

Counsel for debtor(s), by electronic notice only.

DANIEL P MUDRICK
325 SENTRY PARKWAY EAST
BLDG 5 WEST- STE 320
BLUE BELL, PA 19422-

/S/ William C. Miller

Date: 7/2/2020       _____

William C. Miller, Esquire
Chapter 13 Standing Trustee