*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela M. Arehart
    Debtor(s)

Case No: 17–16585–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 8/11/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date:  7/10/20

For The Court

Timothy B. McGrath
Clerk of Court

112 – 111
Form 167