# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Angela M. Arehart <br>                   Debtor(s) <br><br> Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns <br>                   Movant <br> vs. <br><br> Angela M. Arehart <br>                   Debtor(s) <br><br> William C. Miller Esq. <br>                   Trustee | CHAPTER 13 <br><br><br><br> NO. 17-16585 AMC <br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certification of Default of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **July 9, 2020**.

                                                  Respectfully submitted,

                                                  **/s/ Rebecca A. Solarz, Esquire**
                                                  Rebecca A. Solarz, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106

July 20, 2020