**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   ANGELA M. AREHART    :    CHAPTER 13
                              :    NO. 17-16585AMC

**AMENDED APPLICATION FOR SUPPLEMENTAL COMPENSATION**

Daniel P. Mudrick, Esquire, counsel for Debtor, applies under §330 of the Code for an award of compensation and reimbursement of actual, necessary expenses, and represents:

1. Applicant is counsel for the Debtor.

2. The Debtor filed a Petition under Chapter 13 of the Bankruptcy Code on September 27, 2017.

3. The Debtor's annualized current monthly income as set forth on Form 122C is above median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $500.00 for 2.0 hours expended in providing the following services:

**ITEMIZED STATEMENT OF COUNSEL FEES AND SERVICES**

| DATE | SERVICES RENDERED | TIME |
|---|---|---|
| 8/27/20 | Preparation of Proposed Amended Plan | 1.00 |
| 8/27/20 | Preparation and Filing of Motion to Modify Plan Post Confirmation | 1.00 |

6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses:

      N/A

7.    None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of Applicant's law firm unless 11 U.S.C. § 504(c) applies.

      WHEREFORE, Applicant requests an award of $500.00 in supplemental compensation and of $0.00 in reimbursement of actual and necessary expenses.

Dated:    8/27/2020

/s/ Daniel P. Mudrick
DANIEL P. MUDRICK, ESQUIRE
Attorney for Debtor
325 Sentry Parkway
Building 5 West, Suite 320
Blue Bell, PA 19422
(610) 832-0100
(610) 832-1057 (fax)