**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Angela M. Arehart | Chapter 13 |
| | No. 17-16585AMC |

**AFFIDAVIT OF ANGELA M. AREHART IN SUPPORT OF**
**MOTION TO MODIFY PLAN DUE TO COVID -19**

I, ANGELA M. AREHART, hereby state the following:

1. I am the Debtor in the above-captioned Chapter 13 Bankruptcy.

2. My spouse, Adam Arehart, is the sole proprietor of a small business that installs meters at commercial sites and apartment complexes. He physically must enter these sites and individual apartments to install the meters.

3. As a result of Covid-19, many of my spouse's customers have postponed and/or cancelled orders for installation of meters This has occurred since the start of the lockdown in March and has continued to today. Accordingly, his business has suffered a decrease in income thereby causing us to suffer a material financial hardship directly related to Covid-19.

I verify that the statements made in this Affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities.

Dated: 09/18/2020                                                    _____
                                                                                          **ANGELA M. AREHART**