# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   ANGELA M. AREHART   :   CHAPTER 13
                              :   NO. 17-16585AMC

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtor, hereby certify, pursuant to Local Bankruptcy Rule 9013.3(d), that:

1. Debtor's Supplemental Application for Compensation was filed of record with this Court on August 26, 2020;

2. Service of the Application was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on August 27, 2020; and

3. As of this date, Counsel for Debtor has received no Answer or Objection from any interested party to the granting of this Application.


Dated:   9/22/2020                /s/ Daniel P. Mudrick
                                  Daniel P. Mudrick, Esquire
                                  Attorney for Debtor
                                  325 Sentry Parkway East
                                  Building 5 West, Suite 320
                                  Blue Bell, PA 19422
                                  (610) 832-0100