# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        ANGELA M. AREHART        :        CHAPTER 13
                                       :        NO. 17-16585AMC

## ORDER

AND NOW, this         day of                      , 2020, upon consideration of the within Motion to Modify Chapter 13 Plan After Confirmation, after notice and hearing thereon, it is hereby

**ORDERED** and **DETERMINED** that the Motion to Modify Chapter 13 Plan is hereby **GRANTED** and Debtor's Amended Plan is hereby **APPROVED**.

**Date: September 23, 2020**

_____
ASHELY M. CHAN,
United States Bankruptcy Judge