*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela M. Arehart
    Debtor(s)

Case No: 17–16585–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 11/17/20

at: 02:00 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/14/20

Timothy B. McGrath
Clerk of Court

136 – 135
Form 167