United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-16585-amc |
| Angela M. Arehart | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Randi | Page 1 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: 167 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Angela M. Arehart, 116 Evansburg Road, Collegeville, PA 19426-3104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com |
| DANIEL P. MUDRICK | on behalf of Debtor Angela M. Arehart dpmudrick@verizon.net  G30229@notify.cincompass.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Pacific Union Financial  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| KARINA VELTER | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| KARINA VELTER | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Randi | Page 2 of 2 |
| Date Rcvd: Oct 14, 2020 | Form ID: 167 | Total Noticed: 1 |

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC et al.... pa-bk@logs.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Pacific Union Financial  LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM EDWARD CRAIG
    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela M. Arehart
    Debtor(s)

Case No: 17−16585−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 11/17/20

at: 02:00 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 10/14/20

For The Court

Timothy B. McGrath
Clerk of Court

136 − 135
Form 167