**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Angela M. Arehart** | : | Case No.: 17-16585 |
| **Angela Marie Arehart** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

17-041459_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-16585** |
| **Angela M. Arehart** : | **Chapter 13** |
| **Angela Marie Arehart** : | **Judge Ashely M. Chan** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **JPMorgan Chase Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Angela M. Arehart** : | |
| **Angela Marie Arehart** : | |
| : | |
| **William C. Miller** : | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Daniel P. Mudrick, Attorney for Angela M. Arehart, MUDRICK & ZUCKER, PC, 325 Sentry Parkway East, Building 5 West - Suite 320, Blue Bell, PA  19422, dpmudrick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Angela M. Arehart and Angela Marie Arehart, 116 Evansburg Road, Collegeville, PA  19426-3104

DATE: <u>March 9, 2021</u>

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)

17-041459_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

17-041459_PS