United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-16585-amc
Angela M. Arehart  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Nov 04, 2021  Form ID: 167  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Angela M. Arehart, 116 Evansburg Road, Collegeville, PA 19426-3104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ALEXANDRA T. GARCIA | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com |
| DANIEL P. MUDRICK | on behalf of Debtor Angela M. Arehart dpmudrick@verizon.net G30229@notify.cincompass.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Pacific Union Financial LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| KARINA VELTER | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto kvelter@hoflawgroup.com, ckohn@hoflawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 04, 2021 | Form ID: 167 | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC et al.... pa-bk@logs.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Pacific Union Financial LLC raykemp1006@gmail.com, raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor JPMorgan Chase Bank N.A. sarah.barngrover@beckshybrids.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela M. Arehart
    Debtor(s)

Case No: 17−16585−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 11/30/21

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 11/4/21

For The Court

Timothy B. McGrath
Clerk of Court

150 − 149
Form 167