# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 17-16585 |
| **Angela M. Arehart** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : |
| **Movant** | : |
| | : |
| v. | : |
| | : |
| **Angela M. Arehart** | : |
| **Adam C Arehart** | : |
| **Kenneth E. West, Trustee** | : |
| **Respondents** | : |

## PRAECIPE OF WITHDRAWAL OF CERTIFICATION OF DEFAULT
## (DOCKET NO. 148)

Now comes Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor") by and through counsel, and hereby withdraws its Certification of Default which was filed in this Court on November 4, 2021. The Certification needs to be withdrawn because Debtor has submitted funds to cure the arrearage and is now current in payments.

    Respectfully submitted,

    /s/Alyk L. Oflazian
    Alyk L. Oflazian, Esquire (312912)
    Adam B. Hall (323867)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Alyk L. Oflazian.
    Contact email is ALOflazian@manleydeas.com

20-008264_JDD1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 17-16585 |
| **Angela M. Arehart** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : |
| **Movant** | : |
| | : |
| v. | : |
| | : |
| **Angela M. Arehart** | : |
| **Adam C Arehart** | : |
| **Kenneth E. West, Trustee** | : |
| **Respondents** | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe of Withdrawal of Certification of Default (Docket No. 148) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Daniel P. Mudrick, Attorney for Angela M. Arehart, MUDRICK & ZUCKER, PC, 325 Sentry Parkway East, Building 5 West - Suite 320, Blue Bell, PA  19422, dpmudrick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on November  24 , 2021:

20-008264_JDD1

Angela M. Arehart, 116 Evansburg Road, Collegeville, PA  19426-3104

Adam C Arehart, 116 Evansburg Rd, Collegeville, PA  19426-3104

DATE: __11/24/2021__

/s/ Alyk L. Oflazian
_____
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

20-008264_JDD1