# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Angela M. Arehart | Case No.: 17-16585 |
| Angela Marie Arehart | Chapter 13 |
| | Judge Ashely M. Chan |
| Debtor(s). | * * * * * * * * * * * * * * * * * * * * * * * |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Alyk L. Oflazian**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor").  Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Alyk L. Oflazian |
| Sarah E. Barngrover (28840-64) | Alyk L. Oflazian (312912) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | ALOflazian@manleydeas.com |

17-041459_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 17-16585 |
| **Angela M. Arehart** | : **Chapter 13** |
| **Angela Marie Arehart** | : **Judge Ashely M. Chan** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **JPMorgan Chase Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Angela M. Arehart** | : |
| **Angela Marie Arehart** | : |
| | : |
| **Kenneth E. West** | : |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com

Daniel P. Mudrick, Attorney for Angela M. Arehart, MUDRICK & ZUCKER, PC, 325 Sentry Parkway East, Building 5 West - Suite 320, Blue Bell, PA  19422, dpmudrick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 8, 2022:

Angela M. Arehart and Angela Marie Arehart, 116 Evansburg Road, Collegeville, PA  19426-3104


DATE: <u>February 8, 2022</u>

                                                                /s/ Alyk L. Oflazian

17-041459_PS

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

17-041459_PS