UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

IN RE:   Angela M. Arehart                          CASE NO:   17-16585
                                                    CHAPTER:   13

   Debtor (s)

### NOTICE OF CLAIM SATISFACTION

As to Claim 2-1 filed on 11/09/2017, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

9/14/2022                           /s/Latrail Archie
                                    Bankruptcy Specialist
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto





BK-07 (03/03/21)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2021 Wells Fargo Bank, N.A. All rights reserved.

## CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on 9/14/2022, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

---

9/14/2022

/s/Latrail Archie
Bankruptcy Specialist
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto