# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16585-AMC

ANGELA M AREHART

116 EVANSBURG ROAD

COLLEGEVILLE, PA 19426-3104

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANGELA M AREHART

116 EVANSBURG ROAD

COLLEGEVILLE, PA 19426-3104

Counsel for debtor(s), by electronic notice only.

DANIEL P MUDRICK, ESQ
325 SENTRY PARKWAY EAST
BLDG 5 WEST- STE 320
BLUE BELL, PA 19422-

Date: 2/9/2023

        /S/ Kenneth E. West
        _____
        Kenneth E. West, Esquire
        Chapter 13 Standing Trustee