*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Angela M. Arehart
    Debtor(s)

Case No: 17−16585−amc
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper Filed by Angela M. Arehart (related document(s)193).

    on: 7/16/24

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  6/26/24

Timothy B. McGrath
Clerk of Court

195 − 194
Form 167