United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-16585-amc |
| Angela M. Arehart | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 26, 2024 | Form ID: 167 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Angela M. Arehart, 116 Evansburg Road, Collegeville, PA 19426-3104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2024           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ALEXANDRA T. GARCIA | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ALYK L OFLAZIAN | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com |
| DANIEL P. MUDRICK | on behalf of Debtor Angela M. Arehart dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| FRANCIS THOMAS TARLECKI | on behalf of Creditor Pacific Union Financial  LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 26, 2024 | Form ID: 167 | Total Noticed: 1 |

HEATHER STACEY RILOFF
    on behalf of Creditor Nationstar Mortgage LLC et al.... logsecf@logs.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JOSEPH JASPER SWARTZ
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

KARINA VELTER
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC et al.... pa-bk@logs.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Pacific Union Financial LLC raykemp1006@gmail.com, raykemp1006@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Angela M. Arehart
    Debtor(s)

Case No: 17−16585−amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper Filed by Angela M. Arehart (related document(s)193).

on: 7/16/24

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 6/26/24

Timothy B. McGrath
Clerk of Court

195 − 194
Form 167