Certificate Number: 17082-PAE-DE-038827257

Bankruptcy Case Number: 17-16585



17082-PAE-DE-038827257

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2024, at 9:33 o'clock PM MST, ANGELA M AREHART completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 2, 2024          By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director