**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Angela M. Arehart** | : | **Case No.: 17-16585** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel

of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor").  Alyk L.

Oflazian is no longer counsel for Creditor and should not receive future notices in this case.


/s/ Alyk L. Oflazian                                                                        /s/ Stephen R. Franks

Alyk L. Oflazian (312912)                               Stephen R. Franks (333394)

MDK Legal                                                        MDK Legal

P.O. Box 165028                                      P.O. Box 165028

Columbus, OH  43216-5028               Columbus, OH  43216-5028

614-220-5611; Fax 614-627-8181       614-220-5611; Fax: 614-627-8181

ALOflazian@mdklegal.com                 srfranks@mdklegal.com

20-008264_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 17-16585** |
| **Angela M. Arehart** | : | **Chapter 13** |
| | : | **Judge Ashely M. Chan** |
| Debtor(s) | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Related Document #** |
| **Fargo Auto** | : | |
| Movant, | : | |
| | : | |
| vs | : | |
| | : | |
| **Angela M. Arehart** | : | |
| **Adam C Arehart** | : | |
| **Kenneth E. West** | : | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to

the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Daniel P. Mudrick, Attorney for Angela M. Arehart, dpmudrick@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Angela M. Arehart, 116 Evansburg Road, Collegeville, PA  19426-3104

Adam C Arehart, 116 Evansburg Rd, Collegeville, PA  19426-3104

/s/ Stephen R. Franks

20-008264_PS