United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-16585-amc

Angela M. Arehart  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela M. Arehart, 116 Evansburg Road, Collegeville, PA 19426-3104 |
| 14181679 | #+ | Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, Atty for Nationstar Mortgage LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13993243 | | McCabe, Weisberg & Conway, P.C., 123 S Broad St Ste 2080, Philadelphia, PA 19109-1031 |
| 14276479 | + | Nationstar Mortgage LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13993246 | # | SHAPIRO & DENARDO, LLC, 3600 Horizon Dr Ste 150, King of Prussia, PA 19406-4702 |
| 14020599 | #+ | Wells Fargo Bank NA, c/o William E. Craig, Esq., Morton & Craig LLC, 110 Marter Ave., Ste. 301, Moorestown, NJ 08057-3125 |
| 14483768 | | Wells Fargo Bank,NA, d/b/a Wells Fargo Auto, c/o Karina Velter, Esq., PO Box 165028, Columbus,OH 43216-5028 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2024 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14044148 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 22 2024 00:22:58 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14047893 | | Email/Text: amps@manleydeas.com | Oct 22 2024 00:09:00 | JPMorgan Chase Bank N.A., c/o Karina Velter, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 13993244 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 00:10:00 | NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14303019 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 00:10:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 13993245 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 00:10:00 | PACIFIC UNION FINANCIAL LLC, 1603 Lyndon B Johnson Fwy Ste 500, Farmers Branch, TX 75234-6071 |
| 14037031 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 22 2024 00:12:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14069804 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 00:10:00 | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Dallas, TX 75234-6071 |
| 14010778 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14017913 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 00:10:00 | The Bank of New York Mellon, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO BOX 619096, Dallas, TX 75261-9096 |
| 14001599 | + | Email/Text: RASEBN@raslg.com | Oct 22 2024 00:09:00 | The Bank of the NY Mellon, c/o Robertson, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14039175 | | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2024 00:12:05 | Anschutz & Ascheid P.L., 6409 Congress Ave., Ste. 100, Boca Raton, FL 33487-2853 |
| 14040019 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2024 00:12:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14899332 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 22 2024 00:12:31 | Verizon by American InfoSource LP, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14012607 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 22 2024 00:12:01 | Wells Fargo , N.A., P.O. Box 169005, Irving, TX 75016-9005 |
| | | | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13993242 | | 17-16585 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| ALEXANDRA T. GARCIA | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| ALYK L OFLAZIAN | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| CELINE P. DERKRIKORIAN | on behalf of Creditor Pacific Union Financial  LLC ecfmail@mwc-law.com |
| DANIEL P. MUDRICK | on behalf of Debtor Angela M. Arehart dpmudrick@verizon.net g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |

Case 17-16585-amc    Doc 209    Filed 10/23/24    Entered 10/24/24 00:36:55    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 21, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

FRANCIS THOMAS TARLECKI
    on behalf of Creditor Pacific Union Financial LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

HEATHER STACEY RILOFF
    on behalf of Creditor Nationstar Mortgage LLC et al.... logsecf@logs.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JOSEPH JASPER SWARTZ
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us

KARINA VELTER
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC et al.... pa-bk@logs.com

RAYMOND M. KEMPINSKI
    on behalf of Creditor Pacific Union Financial LLC raykemp1006@gmail.com, raykemp1006@gmail.com

Stephen Franks
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Stephen Franks
    on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 19

*Form 138OBJ* (6/24)−doc 208 − 204

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Angela M. Arehart ) Case No. 17−16585−amc
 )
 )
Debtor(s). ) Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 21, 2024                                        For The Court

                                                                                                         Timothy B. McGrath
                                                                                                         Clerk of Court